| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

STEPHEN F. SNOW,             No. CIV S-04-0443-LKK-CMK

    Plaintiff,

  vs.                      <u>ORDER TO SHOW CAUSE</u>

EDWARD ALAMEIDA, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On May 28, 2004, the court dismissed plaintiff's complaint with leave to amend and directed plaintiff to file an amended complaint within 30 days. Plaintiff's motion for reconsideration of the court's May 28, 2004, order was denied on July 28, 2004. To date, plaintiff has failed to file an amended complaint as directed by the court.

/ / /

/ / /

/ / /

/ / /

/ / /

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 20 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules and court order.  <u>See</u> Local
4 Rule 11-110.
5 DATED:  September 21, 2005.

                                               */s/ Craig M. Kellison*
                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE